■ EXCELSIOR 57TH CORP., Respondent, v LUCILLE GLADSTONE
et al., Appellants. [681 NYS2d 755] —Order, Supreme Court, New
York County (Edward Lehner, J.), entered March 6, 1998,
which granted plaintiff's motion to enforce the parties' settle-
ment agreement to the extent of directing defendants to release
to plaintiff certain funds, held in escrow by their attorney under
that agreement, unanimously affirmed, with costs.

Because the record demonstrates full performance of every
provision of the court-ordered stipulation by plaintiff and its
Board, the proposed Modification Agreement tendered by

defendants was without any legal justification, and a nullity as far as relieving defendants from their obligation to release the escrow funds. Concur—Sullivan, J. P., Milonas, Wallach, Williams and Mazzarelli, JJ.